UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WENDY LEE OLIGHER–LANE,<br><br>Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 3:26-cv-06013-LK<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court GRANTS Plaintiff Wendy Oligher-Lane's in forma pauperis application. Dkt. No. 5. Ms. Oligher-Lane does not appear to have funds available to afford the Court filing fee. As such, the Court ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Ms. Oligher-Lane has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), she need not serve a summons and complaint, or file notice of service.

2. The Clerk shall notify Defendant that this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney for the Western District of Washington.
3. No later than seven days following the Court's notification to the Commissioner of the commencement of the action, as provided for in this Order, Ms. Oligher-Lane shall provide the United States Attorney's Office with her full name and social security number (or in the alternative, her Beneficiary Notice Code), either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk Civil Division" at 700 Stewart Street, Suite 5220, Seattle, WA 98101.

Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this Order.

Dated this 14th day of October, 2026.

Lauren King
United States District Judge